535 F.2d 213
 In the Matter of Robert K. GOLDEN, Bankrupt, Plaintiff-Appellant,
v.
Renee GOLDEN, Defendant-Appellee.
 No. 1117, Docket 76-5015.
 United States Court of Appeals,
Second Circuit.
 Argued June 3, 1976.
Decided June 3, 1976.
 
 George Friedman, New York City, for plaintiff-appellant.
 Aaron Gelbwaks, New York City (Gelbwaks & Pollack, New York City, on the brief), for defendant-appellee.
 Before KAUFMAN, Chief Judge, CLARK, Associate Justice,* and TIMBERS, Circuit Judge.
 PER CURIAM:
 
 
 1
 We affirm for the reasons stated in Judge Weinfeld's opinion below, 411 F.Supp. 1076 (D.C.1976).
 
 
 
 *
 United States Supreme Court, retired, sitting by designation